IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

    Plaintiff,

vs.                                      Case No. 13-10042-01-JTM

Leslie Lyle Camick,

    Defendant.

MEMORANDUM AND ORDER

In light of the May 22, 2017 Mandate of the Tenth Circuit (Dkt. 192), in which the court determined that defendant Leslie Lyle Camick's deportation renders moot his petition for relief under 28 U.S.C. § 2255, depriving the court of subject matter jurisdiction to grant the relief sought, the court hereby dismisses the petition for lack of jurisdiction; the court also dismisses and denies Camick's request (Dkt. 188) for appointment of counsel to assist in the petition.

                                                                       s/ J. Thomas Marten
                                                                      J. THOMAS MARTEN, JUDGE